## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Didomizio, Steven J | § | Case No. 06 B 14077 |
|---|---|---|---|
|  | Didomizio, Alexandra L | § |  |
|  | Debtors | § |  |
|  |  | § |  |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/31/2006.

2) The plan was confirmed on 01/23/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/15/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was completed on 02/05/2010.

6) Number of months from filing or conversion to last payment: 40.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $40,110.00.

10) Amount of unsecured claims discharged without full payment: $85,053.18.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $18,981.20 |
| Less amount refunded to debtor | $654.77 |

**NET RECEIPTS:** $18,326.43

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,739.50 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,090.28 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,829.78

Attorney fees paid and disclosed by debtor       $526.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Chrysler Financial Services Americas | Secured | $3,235.00 | $2,290.25 | $2,290.25 | $2,290.25 | $0 |
| Wells Fargo Home Mortgage | Secured | $137,822.00 | $137,441.09 | $137,441.09 | $0 | $0 |
| Advocate Christ Medical Center | Unsecured | $700.00 | NA | NA | $0 | $0 |
| Allstate | Unsecured | $37.00 | NA | NA | $0 | $0 |
| American General Finance | Unsecured | $0 | NA | NA | $0 | $0 |
| American General Finance | Unsecured | $0 | NA | NA | $0 | $0 |
| Avco Financial Services Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| Avco Financial Services Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| Cache Inc | Unsecured | $2,051.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $0 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $0 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $0 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $0 | NA | NA | $0 | $0 |
| Carico | Unsecured | $0 | NA | NA | $0 | $0 |
| Cfc Deficiency Recover | Unsecured | $6,699.00 | NA | NA | $0 | $0 |
| Chase | Unsecured | $0 | NA | NA | $0 | $0 |
| Chicago Tribune | Unsecured | $16.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Children's Place | Unsecured | $0 | NA | NA | $0 | $0 |
| Citibank | Unsecured | $0 | NA | NA | $0 | $0 |
| City Of Burbank | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Club De Soleil Vacation Club | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Consultants In Clinical Pathol | Unsecured | $236.00 | NA | NA | $0 | $0 |
| Daniel T Bodine DDS | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Discover Financial Services | Unsecured | $8,869.00 | $8,869.60 | $8,869.60 | $1,507.83 | $0 |
| Dr Alzein | Unsecured | $500.00 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $496.00 | $496.42 | $496.42 | $84.39 | $0 |
| Edfinancial Services | Unsecured | $194.00 | NA | NA | $0 | $0 |
| Edfinancial Services | Unsecured | $3,041.00 | NA | NA | $0 | $0 |
| Edfinancial Services | Unsecured | $2,685.00 | NA | NA | $0 | $0 |
| Edfinancial Services | Unsecured | $1,464.00 | NA | NA | $0 | $0 |
| Edfinancial Services | Unsecured | $1,774.00 | NA | NA | $0 | $0 |
| Emergency & Ambulatory | Unsecured | $0 | NA | NA | $0 | $0 |
| Encore | Unsecured | $172.00 | NA | NA | $0 | $0 |
| Evergreen Emergency Service | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| First National Bank | Unsecured | $4,320.00 | NA | NA | $0 | $0 |
| First USA | Unsecured | $0 | NA | NA | $0 | $0 |
| GE Money Bank | Unsecured | $0 | $1,683.64 | $1,683.64 | $286.22 | $0 |
| GE Money Bank | Unsecured | $715.00 | $679.19 | $679.19 | $115.46 | $0 |
| Illinois Student Assistance Commissi | Unsecured | $5,371.00 | $5,371.38 | $5,371.38 | $913.13 | $0 |
| Illinois Student Assistance Commissi | Unsecured | $1,700.00 | $18,609.72 | $18,609.72 | $3,163.65 | $0 |
| Illinois Student Assistance Commissi | Unsecured | $3,711.00 | $8,412.45 | $8,412.45 | $1,430.12 | $0 |
| Illinois Student Assistance Commissi | Unsecured | $5,500.00 | $4,515.79 | $4,515.79 | $767.68 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $13,250.95 | $13,250.95 | $2,252.66 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $2,249.00 | $2,099.62 | $2,099.62 | $356.94 | $0 |
| Kay Jewelers | Unsecured | $297.00 | NA | NA | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $563.00 | NA | NA | $0 | $0 |
| LVNV Funding | Unsecured | $1,010.00 | NA | NA | $0 | $0 |
| Maternal Fetal Medicine | Unsecured | $6.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $23.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $93.00 | NA | NA | $0 | $0 |
| Midland Finance Company/CPS | Unsecured | $0 | NA | NA | $0 | $0 |
| Midwest Primary Care | Unsecured | $611.00 | NA | NA | $0 | $0 |
| Mongram Credit Card | Unsecured | $16,000.00 | NA | NA | $0 | $0 |
| Neophytos L Savide DDS | Unsecured | $243.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Oak Lawn Radiologists SC | Unsecured | $463.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $3,419.00 | $3,419.42 | $3,419.42 | $581.30 | $0 |
| Providian | Unsecured | $0 | NA | NA | $0 | $0 |
| Radiology Imaging Consultants | Unsecured | $255.00 | NA | NA | $0 | $0 |
| Regency Credit LLC | Unsecured | $1,584.00 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $2,051.00 | $2,051.49 | $2,051.49 | $348.75 | $0 |
| RoundUp Funding LLC | Unsecured | $1,565.00 | $1,565.43 | $1,565.43 | $266.12 | $0 |
| Sherman Acquisition | Unsecured | $3,419.00 | NA | NA | $0 | $0 |
| Sherman Acquisition | Unsecured | $1,683.00 | NA | NA | $0 | $0 |
| Value City | Unsecured | $1,565.00 | NA | NA | $0 | $0 |
| Verizon Wireless | Unsecured | $777.00 | $777.37 | $777.37 | $132.15 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $137,441.09 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $2,290.25 | $2,290.25 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $139,731.34 | $2,290.25 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $71,802.47 | $12,206.40 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | | |
|---|---|---|
| Expenses of Administration | $3,829.78 | |
| Disbursements to Creditors | $14,496.65 | |
| **TOTAL DISBURSEMENTS:** | | $18,326.43 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: May 4, 2010          By:  /s/ MARILYN O. MARSHALL
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.